```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  May 1, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALTHEA BEAZER

                              Plaintiff,

        -against-                                      [24-CV-1057] (KMW)

REBEKAH REHAB & EXTENDED                  **ORDER**
CARE CENTER, and IVAN
RAMKHELAWAN-SIN,

                              Defendants.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       The parties are ordered to file a joint memorandum detailing what has transpired in this litigation since its inception. The parties' joint memorandum is due May 10, 2024.

SO ORDERED.

Dated: New York, New York
       May 1, 2024                                        */s/ Kimba M. Wood*
                                                         KIMBA M. WOOD
                                         United States District Judge